UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOELSON DUMAS | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-294-SDJ |
| | § | |
| CAPITAL ONE AUTO FINANCE, A | § | |
| DIVISION OF CAPITAL ONE, N.A. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 14, 2025, the Report of the Magistrate Judge, (Dkt. #32), was entered containing proposed findings of fact and recommendations that Plaintiff Joelson Dumas's Motion for Default Judgment, (Dkt. #15), should be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** Plaintiff Joelson Dumas's Motion for Default Judgment, (Dkt. #15), is **DENIED**.

So ORDERED and SIGNED this 3rd day of June, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE